IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TONY ORLANDO MYLES | § | |
| VS. | § | CIVIL ACTION NO. 9:22-CV-61 |
| JESSICA RICKS, *et al.*, | § | |

**MEMORANDUM OPINION REGARDING VENUE**

Plaintiff, Tony Orlando Myles, an inmate currently incarcerated at the Telford Unit, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Jessica Ricks, FNU Major Pressnall, and FNU Major Hughes.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Venue in a civil rights action is determined pursuant to 28 U.S.C. § 1391(b).  When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where all the defendants reside or in which a substantial part of the events or omissions giving rise to the claim occurred.  Venue is proper in the Eastern District of Texas.

Plaintiff's complaint, however, pertains to incidences that occurred during his confinement at the Telford Unit in New Boston, Texas located in the Texarkana Division of the Eastern District of Texas.  A district court has the authority to transfer a case in the interest of justice to another

district in which the action might have been brought.  *See* 28 U.S.C. §§ 1404, 1406.  The Telford Unit is located in Bowie County, Texas which lies within the jurisdiction of the Texarkana Division of the Eastern District of Texas.  Therefore, in the interest of justice, and for the convenience of the parties and witnesses, all claims against the Defendants should be transferred to the Texarkana Division of the Eastern District of Texas.  An appropriate order so providing will be entered by the undersigned.

SIGNED this 22nd day of April, 2022.

_____
Zack Hawthorn
United States Magistrate Judge